230 February 26, 2025 No. 147

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

AIMEE JANELLE SKINNER,
*Defendant-Appellant.*

Lane County Circuit Court
23CR24166; A182931

Bradley A. Cascagnette, Judge.

Submitted January 10, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Carla E. Edmondson, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Remanded for resentencing; otherwise affirmed.

**LAGESEN, C. J.**

Defendant pleaded guilty to harassment constituting domestic violence, ORS 166.065(4), and a jury found her guilty of unlawful dissemination of an intimate image, ORS 163.472. On appeal, defendant challenges a special condition of probation in the judgment that was not announced in open court at sentencing. We remand for resentencing and otherwise affirm.[1]

The trial court sentenced defendant to 36 months of probation and ordered, as a special condition of probation, that she participate in random polygraph examinations. However, the judgment of conviction provides that defendant must also pay for the expenses of the examinations. That condition was not announced in open court at sentencing. The state concedes the error. We agree with and accept the state's concession. *See State v. Ewing*, 318 Or App 548, 549, 507 P3d 353 (2022) (remanding for resentencing when a probation condition in the judgment differed from the one announced in court); *see also State v. Anotta*, 302 Or App 176, 177, 460 P3d 543, *rev den*, 366 Or 552 (2020) (remanding for resentencing when some of the challenged probation conditions were not announced in open court at sentencing).

Remanded for resentencing; otherwise affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.